O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. ARMSTRONG,<br><br>                Plaintiff,<br>      v.<br><br>SUNTRUST MORTGAGE INC.; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 2:13-cv-8325-ODW(PLAx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [7]** |

    This case was removed to this Court on November 8, 2013, on the basis of diversity jurisdiction under 28 U.S.C. § 1332. On November 19, 2013, Defendant SunTrust Mortgage, Inc. filed the present Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7). (ECF No. 7.) SunTrust complied with Local Rule 7-3 by communicating with counsel for Plaintiff Donald L. Armstrong on three occasions before filing the Motion. A hearing date was set for December 23, 2013. Under Local Rule 7-9, Armstrong was required to file an opposition 21 days before the hearing, on December 2, 2013. No opposing papers were filed. While Armstrong did file a Motion to Remand on December 9, 2013, the Court struck it for being procedurally deficient. (ECF Nos. 9, 15.) "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12. Since SunTrust's Motion

to Dismiss stands unopposed, the Court finds that Plaintiff has consented to granting the Motion. Therefore, the Court **GRANTS** SunTrust's Motion to Dismiss **WITH LEAVE TO AMEND**. Armstrong may file an amended complaint within 14 days of this order.

**IT IS SO ORDERED.**

December 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**