# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. ARMSTRONG,<br><br>        Plaintiff,<br>   v.<br><br>SUNTRUST MORTGAGE INC. and DOES 1–20, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-8325-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement filed in this case (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Tuesday, March 25, 2014**, why settlement has not been finalized.  No hearing will be held on this matter.  All other dates are **VACATED** and taken off calendar.  This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

January 23, 2014

_____
                                        **OTIS D. WRIGHT, II**
                             **UNITED STATES DISTRICT JUDGE**